IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

BEAUMONT DIVISION

ANTHONY FERNANDEZ                    §

VS.                                  §          CIVIL ACTION NO.  1:15-CV-128

LIEUTENANT LEVIAS, ET AL.            §

### ORDER ADOPTING THE MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

Plaintiff Anthony Fernandez, a prisoner confined at the Stiles Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against Lieutenant Levias, Officer Ellison, Sergeant Mathew, and Thorne Jones.

The Court ordered that this matter be referred to the Honorable Keith F. Giblin, United States Magistrate Judge, at Beaumont, Texas, for consideration pursuant to applicable laws and orders of this court.  The Magistrate Judge has submitted a Report and Recommendation of United States Magistrate Judge recommending that this civil rights action be dismissed as frivolous and for failure to state a claim upon which relief may be granted.

The Court has received and considered the Report and Recommendation of United States Magistrate Judge filed pursuant to such order, along with the record and the pleadings.  No objections to the Report and Recommendation of United States Magistrate Judge have been filed by the parties.

<u>O R D E R</u>

Accordingly, the findings of fact and conclusions of law of the Magistrate Judge are correct, and the report of the Magistrate Judge (document no. 21) is **ADOPTED**.  A final judgment will be entered in this case in accordance with the Magistrate Judge's recommendation.

**So Ordered and Signed**

**Jan 4, 2018**

_____
Ron Clark, United States District Judge